
RECEIVED
MAR 21 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 98-60030-007 |
| VERSUS | JUDGE DOHERTY |
| CHARLES RAY JOUBERT | MAGISTRATE JUDGE METHVIN |

## ORDER

The record in this matter reflects that the defendant, Charles Ray Joubert, filed a Motion to Reopen Final Judgment [Doc. 674]. The Petition was referred to Magistrate Judge Methvin, who issued a Report and Recommendation on January 18, 2006. The record further reflects that the Clerk of Court has attempted to provide notice to Mr. Joubert, of both the Report and Recommendation and a separate Order in this case, on three separate occasions since January 19, 2006. In response to each attempt, those mailings were returned to the Clerk of Court, by return mail, with notations by the United States Postal Service indicating that they were not deliverable to the address most recently identified by Mr. Joubert for service of notice.

All parties before this Court are under a continuing obligation to provide the Clerk of Court with current contact information. "Each attorney and pro se litigant has a continuing obligation to apprise the court of any address change." LR 11.1W. Pursuant to the local rules, a party's failure to comply with his duty to provide an accurate, current address is grounds for dismissal of his claim. "The failure of an attorney or pro se litigant to keep the court apprised of an address change may be considered cause for dismissal for failure to prosecute when a notice is returned to the court for the reason of an incorrect address and no correction is made to the address for a period of 30 days." LR

41.3W. The record reflects that over six weeks have passed since this Court lost its ability to communicate with Mr. Joubert and reflects no effort on his part to correct the Clerk of Court's contact information for him.

As this court has now been without valid contact information for Mr. Joubert for over thirty (30) days and as Mr. Joubert has made no attempt to provide this Court with current contact information during that time,

IT IS HEREBY ORDERED that the Motion to Reopen Final Judgment [Doc. 674] filed by Mr. Joubert shall be and is DISMISSED for failure to comply with this Court's local rules.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this __17__ day of March, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE