RECEIVED

NOV 20 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 98-60030-07 |
| VS. | JUDGE DOHERTY |
| CHARLES RAY JOUBERT | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** Motion Pursuant to the Federal Rules of Civil Procedure Rule 60(b)(4) is **DENIED**.

Lafayette, Louisiana this 20 day of November, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT