**RECEIVED**

FEB - 7 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 98-60030-07 |
| VERSUS | JUDGE DOHERTY |
| CHARLES RAY JOUBERT | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. On October 18, 2007, the magistrate judge issued a Report recommending dismissal of the movant's "Motion To Set Aside Judgment Pursuant to Fed.R.Civ. P. 60(b)(4)." [Doc. 712]. On November 20, 2007, noting the absence of objection, the Court issued a Judgment adopting the Report and Recommendation of the magistrate judge and dismissing movant's motion. [Doc. 715].

Thereafter, on December 3, 2007, movant filed a "Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e)," [Doc. 717], which this Court deemed a "Motion to Vacate Judgment." Movant sought vacation of the Court's November 20, 2007 Judgment on grounds he had not received a copy of the Report and Recommendation and had not had an opportunity to file an objection. Discovering that the Clerk of Court had not updated the docket sheet with Mr. Joubert's correct mailing address, and it appearing more probable than not that movant had not received a copy of the magistrate judge's Report and Recommendation, the Court granted the movant's Motion to Vacate Judgment. The Court also ordered that movant file his objections to the magistrate judge's Report and Recommendation on or before December 24, 2007. [Doc. 718].

To date, no objections have been filed, despite the fact that the movant's address is properly listed on the docket sheet and no mail that has been sent to the movant at this address has been returned to the Clerk of Court.

This Court concludes the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Motion Pursuant to Federal Rule of Civil Procedure 60(b)(4) is DENIED.

Lafayette, Louisiana, this ___ day of February_____, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE